(WMW) Allen v. Woodford, et al. Doc. 7

Case 1:05-cv-01104-OWW-NEW   Document 7   Filed 09/02/2005   Page 1 of 1

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA ALLEN, | CASE NO. 1:05-CV-01104-OWW-LJO-P |
| Plaintiff, | ORDER DIRECTING CLERK OF COURT TO RE-DESIGNATE ACTION FROM A "P" CASE TO A REGULAR CIVIL ACTION |
| v. | |
| JEANNE WOODFORD, et al., | |
| Defendants. | |

On August 25, 2005, Plaintiff Brenda Allen filed the complaint upon which this action proceeds. The action was incorrectly designated as one involving a prisoner proceeding pro se and assigned a "P" to the case number. Upon further review of the Court, it has been determined that the present action should be designated as a non-P civil rights action. Therefore, the Clerk of the Court is DIRECTED to change the designation of the present case to reflect that of a regular civil action by removing the "P" from the case number.

IT IS SO ORDERED.

**Dated:   September 1, 2005**          **/s/ Lawrence J. O'Neill**
b9ed48                                   UNITED STATES MAGISTRATE JUDGE

1