# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA ALLEN, | CASE NO. 1:05-CV-01104-OWW-LJO-P |
| Plaintiff, | ORDER DIRECTING CLERK OF COURT TO RE-DESIGNATE ACTION FROM A "P" CASE TO A REGULAR CIVIL ACTION |
| v. | |
| JEANNE WOODFORD, et al., | |
| Defendants. | |
| _____/ | |

On August 25, 2005, Plaintiff Brenda Allen filed the complaint upon which this action proceeds. The action was incorrectly designated as one involving a prisoner proceeding pro se and assigned a "P" to the case number. Upon further review of the Court, it has been determined that the present action should be designated as a non-P civil rights action. Therefore, the Clerk of the Court is DIRECTED to change the designation of the present case to reflect that of a regular civil action by removing the "P" from the case number.

IT IS SO ORDERED.

**Dated:    September 1, 2005**            _____/s/ Lawrence J. O'Neill_____
b9ed48                                                    UNITED STATES MAGISTRATE JUDGE

1