Mario L. Beltramo, Jr., # 053146-0
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendant, MADERA COMMUNITY HOSPITAL (erroneously sued as MADERA HOSPITAL)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| BRENDA ALLEN,<br><br>    Plaintiff,<br><br>JEANNE WOODFORD; RICHARD RIMMER; ROSANNE CAMPBELL; GWENDOLYN MITCHELL; S. BREWER; SAMPATH SURYADEVARA, M.D.; JUAN JOSE TUR, M.D.; MOHAMMED ANWAR, M.D., MADERA HOSPITAL; and CALIFORNIA DEPARTMENT OF CORRECTIONS,<br><br>    Defendants. | Case No.  CV 05-1104-0WW-LJO<br><br>STIPULATION REGARDING EXTENSION OF TIME FOR MADERA COMMUNITY HOSPITAL TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER GRANTING EXTENSION OF TIME |

**STIPULATION OF THE PARTIES**

IT IS HEREBY STIPULATED AND AGREED between the plaintiff and defendant, MADERA COMMUNITY HOSPITAL, by and through their respective

counsel, that defendant, MADERA COMMUNITY HOSPITAL, shall be granted an extension of time in which to answer or otherwise respond to plaintiff's Complaint in the matter of <u>Brenda Allen v. Jeanne Woodford, et al</u> (Case No. CV-01104-0WW-LJO).

The parties hereby stipulate and agree that defendant, MADERA COMMUNITY HOSPITAL, shall or otherwise respond to plaintiff's Complaint pursuant to the terms of this Stipulation on or before **January 24, 2006**.

This Stipulation may be executed in counterparts and by facsimile signature, each of which, when executed, shall be an original and all of which together shall constitute one in the same Stipulation.  This Stipulation contains the entire agreement among the parties.  The undersigned hereby consents to the terms set forth in the foregoing Stipulation.

Dated: January 11, 2006                        McCORMICK, BARSTOW, SHEPPARD
                                                WAYTE & CARRUTH LLP


                                                By:     /s/Daniel L. Wainwright
                                                        Mario L. Beltramo, Jr.
                                                        Daniel L. Wainwright
                                                    Attorneys for Defendant, MADERA
                                                        COMMUNITY HOSPITAL


Dated:  January _____, 2006                         Bingham McCutchen LLP




By:_____
                                                        Elizabeth Miller
                                                    Attorneys for Plaintiff,
BRENDA
                                                        ALLEN

**ORDER OF THE COURT REGARDING STIPULATION**

Pursuant to the Stipulation and Agreement of plaintiff and defendant, MADERA COMMUNITY HOSPITAL, as reflected above, and FOR GOOD CAUSE showing, the Court ORDERS that defendant, MADERA COMMUNITY HOSPITAL, shall have until **January 24, 2006** to either answer or otherwise respond to plaintiff's Complaint.

IT IS SO ORDERED.

**Dated:   January 17, 2006**          /s/ Lawrence J. O'Neill
66h44d                                                   UNITED STATES MAGISTRATE JUDGE