Bingham McCutchen LLP
JASON A. YURASEK (SBN 202131)
MARGARET A. MCLETCHIE (SBN 223240)
ELIZABETH MILLER (SBN 239291)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:    (415) 393-2000
Facsimile:     (415) 393-2286

Attorneys for Plaintiff
BRENDA ALLEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| BRENDA ALLEN,<br><br>    Plaintiff,<br><br>    v.<br><br>JEANNE WOODFORD, et al.,<br><br>    Defendants. | No. 1:05-CV-01104-OWW-LJO<br><br>**ORDER** |

Based upon Plaintiff's request and Stipulation of the parties, and good cause appearing, IT IS ORDERED THAT:

1.   The Hearing Date for the stipulating Defendants' Motions to Dismiss now set for 10:00 a.m. on March 13, 2006 before Judge Wanger in Courtroom Three is continued to April 10, 2006 at 10:00 a.m. before Judge Wanger in Courtroom Three.

2.   Plaintiff's opposition to stipulating Defendants' Motions to Dismiss will be filed no later than March 17, 2006.

3.   Stipulating Defendants' reply to Plaintiff's opposition to Defendants' Motions to Dismiss will be filed no later than March 31, 2006.

1        4.      Plaintiff may file one consolidated opposition to stipulating Defendants'
2   Motions to Dismiss.
3
4   DATED: __Feb. 13, 2006__           ____/s/ OLIVER W. WANGER_____
                                              Oliver W. Wanger
5                                         United States District Court Judge

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

PROPOSED ORDER