Bingham McCutchen LLP
JASON A. YURASEK (SBN 202131)
MARGARET A. MCLETCHIE (SBN 223240)
ELIZABETH MILLER (SBN 239291)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:    (415) 393-2000
Facsimile:     (415) 393-2286

Attorneys for Plaintiff
BRENDA ALLEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| BRENDA ALLEN,<br><br>        Plaintiff,<br><br>   v.<br><br>JEANNE WOODFORD, et al.,<br><br>        Defendants. | No. 1:05-CV-01104-OWW-LJO<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO EXTEND TIME TO OPPOSE DEFENDANTS' MOTIONS TO DISMISS AND RELATED DATES, TO FILE ONE OPPOSITION TO ALL MOTIONS TO DISMISS, AND FOR EXTENSION OF PAGE LIMIT** |

Based on the ex parte application of Plaintiff Brenda Allen for an extension of time, to consolidate the opposition, and for an extension of the page limitation, and good cause appearing, IT IS ORDERED THAT:

1.     The Hearing Date for all Defendants' Motions to Dismiss now set for 10:00 a.m. on March 13, 2006 before Judge Wanger in Courtroom Three is continued to April 10, 2006 at 10:00 a.m. before Judge Wanger in Courtroom Three.

2.     Plaintiff's opposition to Defendants' Motions to Dismiss will be filed no later than March 17, 2006.

1  3. Defendants' reply to Plaintiff's opposition to Defendants' Motions to Dismiss
2  will be filed no later than March 31, 2006.
3  4. Plaintiff may file one consolidated opposition to all Defendants' Motions to
4  Dismiss.
5  5. Plaintiff may exceed the 25 page page-limit in their consolidated opposition
6  to Defendants' Motions to Dismiss.
7
8  The brief shall not exceed __40_____ pages.
9
10  DATED: _Feb. 13, 2006___          __/s/ OLIVER W. WANGER_____
                                                Oliver W. Wanger
11                                              United States District Court Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION