| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRENDA ALLEN, | 1:05-cv-1104 OWW LJO |
| | 1:05-cv-1282 OWW LJO |
| Plaintiff, | |
| | SCHEDULING CONFERENCE ORDER |
| v. | |
| | Last Date to File Amended Pleadings in Both Cases: 2/5/07 |
| JEANNE WOODWORD, RICHARD RIMMER, ROSANN CAMPBELL, GWENDOLYN MITCHELL, S. BREWER, SAMPETH SURYADEVARA, M.D., JUAN J. TUR, M.D. MOHAMMED ANWAR, M.D., et al., | |
| | Last Date to File Motion to Add Party Plaintiff in Both Cases: 2/5/07 |
| Defendants. | |
| GENEA SCOTT, REGINA BOYCE, AND JULIE HOLMES, | |
| Plaintiffs, | |
| v. | |
| SAMPATH K. SURYADEVERA, M.D., CALIFORNIA DEPARTMENT OF CORRECTIONS, MADERA COMMUNITY HOSPITAL, MOHAMMED ANWAR, M.D., RODERICK HICKMAN, FRENCHIE SELF, JEANNE WOODFORD, RICHARD RIMMER, ROSANNE CAMPBELL, PETER SZEKRENYI, DEBRA JACQUEZ, GWENDOLYN MITCHELL, SHELLY KRUSE, M.D., SUSAN HOGELUND, R.N., JUAN JOSE TUR, M.D., | |
| Defendants. | |

**I.   Date of Scheduling Conference.**

January 19, 2007.

**II.  Appearances Of Counsel.**

Bingham McCutchen LLP by Jason Yurasek, Esq., and Elizabeth Miller, Esq., appeared on behalf of Plaintiffs in both cases.

Daniel Feldstein, Esq., appeared on behalf of Defendant in the Allen case.

John Michael Feser, Jr., Esq., appeared on behalf of Jeanne Woodford, Richard Rimmer, Rosanne Campbell, Gwendolyn Mitchell, Sampeth Suryadevara, M.D., and Dr. Juan J. Tur.

Baker, Manock & Jensen by Suzanne D. McGuire, Esq., appeared on behalf of Defendant Mohammed Anwar, M.D.

McCormick, Barstow, Sheppard, Wayte & Carruth by Daniel L. Wainwright, Esq., appeared on behalf of Defendant Madera Community Hospital.

In the Scott case, the same attorneys represent the Plaintiffs.

William Krabbenhoft, Esq., appeared on behalf of Defendants Roderick Hickman, Frenchie Self, Jeanne Woodford, Richard Rimmer, Rosann Campbell, Peter Szekrenyi, Debra Jacquez, Gwendolyn Mitchell, Sempath Suryadevara, M.D., Juan Jose Tur, M.D., and Shelly Kruse, M.D.

Baker, Manock & Jensen by Suzanne McGuire, Esq., appeared on behalf of Defendant Mohammed Anwar, M.D.

McCormick, Barstow, Sheppard, Wayte & Carruth by Daniel Wainwright, Esq., appeared on behalf of Susan Hogelund, R.N. and Madera Community Hospital.

///

III.  Status of Case.

    1.   The Plaintiffs have agreed to file amended pleadings in both cases, if any, on or before February 5, 2007.

IV.  Orders Re Amendments To Pleadings.

    1.   Plaintiff have stated their intent to add a party plaintiff in the Scott case and any motion to amend the complaint will be filed on or before February 5, 2007.

    2.   The parties shall immediately schedule a scheduling conference once the pleadings in the Allen and Scott cases have been settled and the cases are at issue.

    3.   The present case schedule in the Allen case is VACATED for the reasons stated above.

IT IS SO ORDERED.

Dated:   January 19, 2007                     /s/ Oliver W. Wanger
emm0d6                                         UNITED STATES DISTRICT JUDGE