Suzanne D. McGuire #203888
Sherrie M. Flynn #240215

1  **BAKER, MANOCK & JENSEN**
   A PROFESSIONAL CORPORATION
2  FIG GARDEN FINANCIAL CENTER
   5260 NORTH PALM AVENUE, FOURTH FLOOR
   FRESNO, CALIFORNIA 93704-2209
3  TELEPHONE (559) 432-5400
   TELECOPIER (559) 432-5620

4

5  Attorneys for Defendant MUHAMMAD ANWAR, M.D.

6

7

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  BRENDA ALLEN, | Case No. 1:05-CV-01104-OWW-LJO |
| | Case No. 1:05-CV-01282-OWW-WMW |
| 12                Plaintiff, | |
| | ORDER AMENDING MEMORANDUM |
| 13       v. | DECISION AND ORDER GRANTING IN |
| | PART DENYING IN PART |
| 14  JEANNE WOODFORD, RICHARD | DEFENDANTS' MOTIONS TO DISMISS |
|     RIMMER; ROSANNE CAMPBELL; | |
| 15  GWENDOLYN MITCHELL; SAMPATH | AMENDING: |
|     SURYADEVARA, M.D.; JUAN JOSE TUR, | **[DOC. 109 - 1:05-CV-01104-OWW-LJO]** |
| 16  M.D.; MUHAMMAD ANWAR, M.D.; | **[DOC. 51 - 1:05-CV-01282-OWW-** |
|     MADERA COMMUNITY HOSPITAL, a | **WMW]** |
| 17  California Corporation, | |
| 18                Defendants. | |
| 19  GENEA SCOTT, REGINA BOYCE, AND | |
|     JULIE HOLMES, | |
| 20                Plaintiffs, | |
| 21       v. | |
| 22  RODERICK HICKMAN; FRENCHIE SELLF; | |
| 23  JEANNE WOODFORD; RICHARD | |
|     RIMMER; ROSANNE CAMPBELL; PETER | |
| 24  SZEKRENYI; DEBRA JACQUEZ; | |
|     GWENDOLYN MITCHELL; SAMPATH | |
| 25  SURYADEVARA, M.D.; JUAN JOSE TUR, | |
|     M.D.; SHELLY KRUS, M.D.; MUHAMMAD | |
| 26  ANWAR, M.D.; SUSAN HOGELUND, R.N.; | |
|     and MADERA COMMUNITY HOSPITAL, a | |
| 27  California Corporation, | |
| 28                Defendants. | |

The Court's MEMORANDUM DECISION AND ORDER GRANTING IN PART DENYING IN PART DEFENDANTS' MOTIONS TO DISMISS [DOC. 109 in 1:05-CV-01104-OWW-LJO; DOC. 51 in 1:05-CV-01282-OWW-WMW] is amended as follows:

**1.    The Court strikes the following language at page 3, lines 2-3:**

"On separate motions the court has consolidated both cases for the purposes of trial."

**2.    The CONCLUSION beginning at page 36, line 18, is amended to read as follows:**

- CDC Defendants' motion to dismiss non medical CDC Defendants from Plaintiff Scott's action is **GRANTED WITH LEAVE TO AMEND.**

- CDC Defendants' motion to dismiss non medical CDC Defendants for Plaintiffs' failure to state a federal claim is **DENIED.**

- CDC Defendants' motion to dismiss on qualified immunity grounds is **DENIED.**

- Defendants' motion to dismiss Plaintiffs' gross negligence claim is **GRANTED.**

- Defendant's motion to dismiss Allen's seventh cause of action for negligent misrepresentation is **GRANTED WITH LEAVE TO AMEND.**

- Anwar's motion to dismiss Plaintiffs' fourth cause of action for civil battery is **DENIED.**

- Anwar's motion to dismiss Plaintiffs' ninth cause of action for negligent infliction of emotional distress is **GRANTED.**

- Anwar's motion to strike Plaintiffs' attorneys' fees for their state law claims is  **DENIED.**

IT IS SO ORDERED.

**Dated:   February 5, 2007**               /s/ Oliver W. Wanger
emm0d6                                                    UNITED STATES DISTRICT JUDGE