IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRENDA  ALLEN,

        Plaintiff,                CV F 05 1104 OWW LJO

   vs.                         ORDER

JEANNE WOODFORD, et al.,

        Defendants.

        The motion for protective order and/or to quash subpoenas currently set for hearing February 23, 2007 before U.S. Magistrate Judge Lawrence O'Neill is taken off calendar due to the appointment of Judge O'Neill as a U.S. District Judge.  The motion will be set for hearing before U.S. Magistrate Judge William Wunderlich.

IT IS SO ORDERED.

**Dated:**   **February 16, 2007**          **/s/  William M. Wunderlich**
j14hj0                        UNITED STATES MAGISTRATE JUDGE

1