Sean D. McCoit #203888
Sherrie M. Flynn #240215

**BAKER, MANOCK & JENSEN**
A PROFESSIONAL CORPORATION
FIG GARDEN FINANCIAL CENTER
5260 NORTH PALM AVENUE, FOURTH FLOOR
FRESNO, CALIFORNIA 93704-2209
TELEPHONE (559) 432-5400
TELECOPIER (559) 432-5620

Attorneys for Defendant MUHAMMAD ANWAR, M.D.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| BRENDA ALLEN, ) | Case No. 1:05-CV-01104-OWW-LJO |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER ON ANSWER TO THIRD AMENDED COMPLAINT |
| JEANNE WOODFORD, et al, ) | |
| Defendants. ) | |

As authorized by Rule 6-144 of the Local Rules of the United States District Court for the Eastern District of California, the parties, by and through their respective attorneys of record, hereby stipulate as follows:

1. Defendants shall have up to and including March 9, 2007, to file Answers to Plaintiff's Third Amended Complaint.

///
///
///
///
///
///
///

---

STIPULATION AND [PROPOSED] ORDER ON ANSWER TO THIRD AMENDED COMPLAINT

1       All parties who have appeared in this action have signed below, indicating their agreement to this stipulation.

Dated: February 22, 2007

BINGHAM MCCUTCHEN LLP

By: /s/ Elizabeth P. Milller
Jason A. Yurasek
Daniel A. Feldstein
Elizabeth P. Miller
Attorneys for Plaintiff
Brenda Allen

Dated: February 22, 2007

BILL LOCKYER
Attorney General of the State of California

By: /s/ John M. Feser, Jr.
Thomas McCrackin
John M. Feser, Jr.
Attorneys for Defendants
Jeanne Woodford; Richard Rimmer; Rosanne Campbell; Gwendolyn Mitchell; Sampath Suryadevara, M.D.; Juan Jose Tur, M.D.

Dated: February 22, 2007

BAKER, MANOCK & JENSEN

By: /s/ Sherrie M. Flynn
Suzanne D. McGuire
Sherrie M. Flynn
Attorneys for Defendant
Muhammad Anwar, M.D.

Dated: February 21, 2007

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH

By: /s/ Daniel L. Wainwright
Mario L. Beltramo, Jr.
Daniel L. Wainwright
Attorneys for Defendant
Madera Community Hospital

1    IT IS SO ORDERED.

**Dated:** **February 25, 2007**       /s/ Oliver W. Wanger
emm0d6                                 UNITED STATES DISTRICT JUDGE