IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRENDA ALLEN, | ) | 1:05-CV-01104-OWW -NEW (WMW) |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) ) | ORDER DENYING PLAINTIFF'S REQUEST FOR RULING REGARDING PLAINTIFF'S MOTION TO COMPEL |
| JEANNE WOODFORD, et al., | ) ) | |
| Defendants. | ) ) | [Doc. 173] |
| _____ | ) ) ) | |

The history of this matter is set out in detail in District Judge Oliver Wanger's order entered March 20, 2007 (Doc. 161). Essentially, on December 22, 2006, Plaintiff filed a motion to compel further production of documents. On January 30, 2007, the Magistrate Judge issued an order compelling further production of documents by Defendants. On February 9, 2007, Plaintiff filed a motion for reconsideration (Doc. 142), which District Judge Oliver Wanger resolved in his order of March 20, 2007.

On May 4, 2007, Plaintiff filed a "Request for Ruling on Plaintiff's Motion to Compel and Notice of Recent Orders Issued in Estate of Gonzalez v. Hickman," in which she states that she

believes that her motion to compel is still pending before the court. Based on this belief, Plaintiff requests a ruling on the sufficiency of Defendants' responses to District Judge Wanger's order of March 20, 2007.

Plaintiff is mistaken. Plaintiff's motion to compel was finally resolved by District Judge Wanger's order on the motion for reconsideration, and is no longer pending before the court. Accordingly, should Plaintiff wish to challenge Defendants' responses to the order of March 20, 2007, she must do so by separate motion.

Based on the foregoing, Plaintiff's request for a ruling is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:   May 24, 2007**                              /s/ **William M. Wunderlich**
                                                                    UNITED STATES MAGISTRATE JUDGE

2