UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA ALLEN,<br><br>                Plaintiff,<br><br>   v.<br><br>JEANNE WOODFORD, et al.<br>                Defendants.<br>GENEA SCOTT, et al.<br>                Plaintiffs,<br><br>   v.<br><br>DEBRA JACQUEZ, et al.<br><br>                Defendants. | Case No. 1:05-CV-01104-OWW-GSA<br>Case No. 1:05-CV-01282-OWW-GSA<br><br>**ORDER GRANTING DEFENDANT MUHAMMAD ANWAR'S MOTION FOR LEAVE OF COURT TO TAKE THE DEPOSITION OF PLAINTIFF BRENDA ALLEN**<br><br>(Document 214) |

On January 25, 2008, Defendant MUHAMMAD ANWAR, M.D., filed a Motion for Leave of Court to Take the Deposition of Plaintiff Brenda Allen. Plaintiff Brenda Allen and the Defendants in the case of *Allen v. Woodford*, *et al.*, Case No. 1:05-cv-01104 OWW GSA, as well as additional Defendants in the case of *Scott, et al. v. Hickman*, *et al.*, Case No. 1:05-cv-01282 OWW GSA (consolidated with *Allen* for purposes of discovery) filed a Joint Statement Re Motion to Take the Deposition of Plaintiff Brenda Allen and a Stipulation Re Deposition of Plaintiff Brenda Allen.

///

///

After full consideration of the moving papers, the stipulation of the parties, and the pleadings and the records on file herein, **IT IS HEREBY ORDERED THAT:**

1. Defendant MUHAMMAD ANWAR's Motion for Leave of Court to Take the Deposition of Plaintiff Brenda Allen is GRANTED.

2. Defendant MUHAMMAD ANWAR, M.D., may proceed to take Plaintiff BRENDA ALLEN's deposition in this action in accordance with the Amended Notice of Deposition on February 20, 2008, at 9:30 a.m. at the Century Regional Detention Facility, 11705 South Alameda Street, Lynwood, California 90262, or at such other date, time and/or location as subsequently agreed to by all parties;

3. Pursuant to Century Regional Detention Facility requirements represented to this Court, this order includes a list of the individuals who, according to counsel in the action, will be in attendance at Plaintiff's deposition. The individuals are as follows:

   I.    Inmate Brenda Allen (Plaintiff)

   ii.   Daniel A. Feldstein (SBN 209364)
         Attorney for Plaintiff Brenda Allen

   iii.  Elizabeth M. Kennedy (SBN 246039)
         Attorney for Plaintiff Brenda Allen

   iv.   Sandra C. Zuniga (SBN 250881)
         Attorney for Plaintiff Brenda Allen

   v.    William M. White (#SBN 152214)
         Attorney for Defendant Muhammad Anwar, M.D.

   vi.   Suzanne D. McGuire (SBN 203888)
         Attorney for Defendant Muhammad Anwar, M.D.

   vii.  Mario L. Beltramo, Jr. (SBN 053146-0)
         Attorney for Defendant Madera Community Hospital

   viii. Daniel L. Wainwright (SBN 193486)
         Attorney for Defendant Madera Community Hospital

   ix.   John M. Feser, Jr. (SBN 209736)
         Attorney for Defendants Jeanne Woodford; Richard Rimmer; Rosanne Campbell; Gwendolyn Mitchell; Sampath Suryadevara, M.D.; Juan Jose Tur, M.D.

   x.    William A. Krabbenhoft (SBN 119197)
         Attorney for Defendants Debra Jacquez; Gwendolyn Mitchell;

|  |  | Sampath Suryadevara, M.D.; Juan Jose Tur, M.D.; Shelly Kruse, M.D. |
|---|---|---|
|  | xi. | Court Reporter from Esquire Deposition Services |
|  | xii. | Videographer from Esquire Deposition Services |

4. Pursuant to Century Regional Detention Facility requirements represented to this Court, this order includes a list of all equipment which, according to counsel in the action, will be brought into the facility for use at the deposition. The equipment is as follows:

    I.    Court Reporter: Steno machine, laptop, recorders, cables, case on wheels, tape recorder and headset;

    ii.    Videographer: Camera, tripod, backdrop with case, laptop computer, case on wheels, audio recorder deck, audioboard microphones, audio/video cables, headphones, stopwatch, VHS recorder decks, power strip, and monitor;

    iii.    Attorneys: Notepads, pens, files, binders, and laptop computers.

5. The hearing on the Motion scheduled for February 15, 2008, is VACATED.

IT IS SO ORDERED.

**Dated:**  **February 13, 2008**                **/s/ Gary S. Austin**
                                                           UNITED STATES MAGISTRATE JUDGE