Bingham McCutchen LLP
JOHN D. PERNICK (SBN 155468)
john.pernick@bingham.com
ELIZABETH KENNEDY (SBN 246039)
bess.kennedy@bingham.com
SANDRA C. ZUNIGA (SBN 250881)
sandra.zuniga@bingham.com
KYLE ZIPES (SBN 251814)
kyle.zipes@bingham.com

Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  415.393.2000
Facsimile:  415.393.2286

Attorneys for Plaintiff
BRENDA ALLEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA ALLEN,<br><br>           Plaintiff,<br><br>     v.<br><br>JEANNE WOODFORD, et al.,<br><br>           Defendants. | No. 1:05-CV-01104-OWW-GSA<br><br>JOINT STIPULATION AND ORDER |

Pursuant to the Local Rules of the United States District Court for the Eastern District of California, Rule 83-143, Plaintiff Brenda Allen, and Defendants Jeanne Woodford; Richard Rimmer; Roseanne Campbell; Gwendolyn Mitchell; Steven Brewer; Sampath Suryadevara, M.D.; Juan J. Tur, M.D.; Mohammed Anwar, M.D.; and Madera Community Hospital; ("Defendants"), through their counsel of record,

STIPULATE AND AGREE AS FOLLOWS:

1.     On October 12, 2007, the Court entered a Scheduling Conference Order (Document No. 194) setting forth the following deadlines in this matter:

| | |
|---|---|
| Discovery Deadline (non-expert): | August 8, 2008 |
| Expert Disclosure Deadline: | September 5, 2008 |

---

JOINT STIPULATION AND [PROPOSED] ORDER TO VACATE DISCOVERY DEADLINES AND TRIAL DATE

No. 1:05-CV-01104-OWW-GSA

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Rebuttal or Supplemental Expert Disclosure Deadline: | October 6, 2008 |
| 2 | Discovery Deadline (expert): | November 14, 2008 |
| 3 | Non-Dispositive Pre-Trial Motion Filing Deadline: | November 28, 2008 |
| 4 | Dispositive Pre-Trial Motion Filing Deadline: | January 6, 2009 |
| 5 | Pre-Trial Conference Date: | March 16, 2009 |
| 6 | Trial Date: | April 28, 2009 |

2. Ms. Allen and Defendants have engaged in some discovery, and Ms. Allen believes that potentially relevant documents are within the custody or control of employees of the state of California who are not parties to this litigation (the "Non-Parties"). Accordingly, Ms. Allen served subpoenas on these Non-Parties on May 24, 2007 and June 7, 2007. However a dispute arose regarding whether the Non-Parties are required to produce the relevant documents, or whether the Eleventh Amendment immunizes the Non-Parties from having to respond to Ms. Allen's subpoenas.

3. U.S. Magistrate Judge Gary S. Austin issued an order granting Plaintiff's motion to compel the Non-Parties to produce all responsive documents on February 20, 2008 (Document No. 221). On April 3, 2008, this Court issued an order denying the Non-Parties' request for reconsideration of the magistrate judge's ruling compelling compliance with the subpoenas (Document No. 226). On April 23, 2008, the Non-Parties filed a Notice of Appeal to the United States Court of Appeals for the Ninth Circuit (Document No. 228).

4. The appeal is currently pending before the Ninth Circuit. (Case No. 08-016118). Ms. Allen contends that she cannot properly conduct discovery or prepare for trial until she knows whether she will receive these relevant and responsive documents. Moreover, any defendants and defense witnesses deposed while the appeal is pending would have to be deposed again if this Court's order compelling production of the documents is affirmed and the documents are produced.

5. Therefore, in order to avoid unnecessary expense and duplicated effort, the parties stipulate and request that the current trial date and deadlines be extended by

2

PDF created with pdfFactory trial version www.pdffactory.com

1  approximately four months and the new dates and deadlines be set as the following

2      Discovery Deadline (non-expert):    January 9, 2009

3      Expert Disclosure Deadline:    February 27, 2009

4      Rebuttal or Supplemental Expert Disclosure Deadline:    March 30, 2009

5      Discovery Deadline (expert):    May 8, 2009

6      Non-Dispositive Pre-Trial Motion Filing Deadline:    May 22, 2009

7      Dispositive Pre-Trial Motion Filing Deadline:    June 9, 2009

8      Pre-Trial Conference Date:    August 17, 2009

9      Trial Date:    October 26, 2009

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

PDF created with pdfFactory trial version www.pdffactory.com

1  **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

2  DATED:  August 26, 2008          BINGHAM MCCUTCHEN LLP

3

4                                   By: /s/ John Pernick
                                         John D. Pernick
5                                        Attorneys for Plaintiff
                                         BRENDA ALLEN

6

7  DATED:  August 26, 2008          EDMUND G. BROWN JR.
                                    Attorney General of the State of California
8                                   ALBERTO GONZALEZ
                                    Supervising Deputy Attorney General

9

10                                  By:  /s/  John M. Feser, Jr.

11                                       JOHN M. FESER, JR.
                                         Deputy Attorney General
12                                       Attorneys for Defendants Jeanne Woodford, Richard
                                         Rimmer, Rosanne Campbell, Gwendolyn Mitchell,
13                                       Sampath Suryadevara, M.D. and Juan Jose Tur, M.D.

14 DATED:  August 26, 2008          MCCORMICK, BARSTOW, SHEPPARD, WAYTE &
                                    CARRUTH
15

16                                  By: /s/ Daniel Wainwright
17                                       Mario L. Beltramo, Jr.
                                         Daniel Wainwright
18                                       Attorneys for Defendant
                                         MADERA COMMUNITY HOSPITAL
19

20 DATED:  August 26, 2008          BAKER, MANOCK & JENSEN

21

22                                  By: /s/ Sherrie Flynn
                                         William M. White
23                                       Sherrie M. Flynn
                                         Attorneys for Defendant
                                         MUHAMMAD ANWAR, M.D.
24

25

26

27

28                                       4

1 **PURSUANT TO THE STIPULATION, IT IS SO ORDERED, WITH NO FURTHER**

2 **CONTINUANCES BEING GRANTED.**

3

4 DATED: August 28, 2008          /s/ OLIVER W. WANGER
                                   The Honorable Oliver W. Wanger
5                                  United States District Court
                                   Eastern District of California

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                           5

---

JOINT STIPULATION AND ORDER TO VACATE DISCOVERY DEADLINES AND TRIAL DATE

A/72622231.4                                          No. 1:05-CV-01104-OWW-GSA

PDF created with pdfFactory trial version www.pdffactory.com