# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA ALLEN, | 1:05-CV-01104 OWW GSA |
| Plaintiffs, | ORDER REGARDING SETTLEMENT CONFERENCE |
| v. | (Document 235) |
| JEANNE WOODFORD, RICHARD RIMMER, ROSANNE CAMPBELL, GWENDOLYN MITCHELL, SAMPATH SURYADEVARA, M.D., JUAN JOSE TUR, M.D., MADERA COMMUNITY HOSPITAL, a California Corporation, | |
| Defendants. | |

Pursuant to the joint stipulation of the parties filed on November 21, 2008, and good cause appearing, the settlement conference currently scheduled for December 11, 2008, is VACATED. As the date requested by the parties to reschedule the settlement conference is unavailable, the new date and time for the settlement conference is September 23, 2009, at 10:30 a.m. in Courtroom 10 (GSA) before the undersigned.

IT IS SO ORDERED.

Dated:   **December 1, 2008**        /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

1