William M. White      #152214
Suzanne D. McGuire  #203888
Sherrie M. Flynn       #240215
**BAKER MANOCK & JENSEN, PC**
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone:  559.432.5400
Facsimile:  559.432.5620

Attorneys for  Defendant Muhammad Anwar, M.D.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA ALLEN, | No. 1:05-CV-01104-OWW-GSA |
| Plaintiff, | JOINT STIPULATION AND ORDER |
| v. | |
| JEANNE WOODFORD, et al., | |
| Defendants. | |

Pursuant to the Local Rules of the United States District Court for the Eastern District of California, Rule 83-143, Plaintiff Brenda Allen, and Defendants Jeanne Woodford; Richard Rimmer; Roseanne Campbell; Gwendolyn Mitchell; Steven Brewer; Sampath Suryadevara, M.D.; Juan J. Tur, M.D.; Muhammad Anwar, M.D.; and Madera Community Hospital ("Defendants"), through their counsel of record,

STIPULATE AND AGREE AS FOLLOWS:

1.      On October 12, 2007, the Court entered a Scheduling Conference Order (Document No. 194) setting forth the following deadlines in this matter:

Discovery Deadline (non-expert):                              August 8, 2008

Expert Disclosure Deadline:                                      September 5, 2008

Rebuttal or Supplemental Expert Disclosure Deadline:    October 6, 2008

| | |
|---|---|
| Discovery Deadline (expert): | November 14, 2008 |
| Non-Dispositive Pre-Trial Motion Filing Deadline: | November 28, 2008 |
| Dispositive Pre-Trial Motion Filing Deadline: | January 6, 2009 |
| Pre-Trial Conference Date: | March 16, 2009 |
| Trial Date: | April 28, 2009 |

2.      For the reasons identified in paragraphs 4 through 6 below, on September 3, 2008, the Court entered a Joint Stipulation and Order to Vacate Discovery Deadlines and Trial Date (Document No. 234) setting forth the following deadlines in this matter:

| | |
|---|---|
| Discovery Deadline (non-expert): | January 9, 2009 |
| Expert Disclosure Deadline: | February 27, 2009 |
| Rebuttal or Supplemental Expert Disclosure Deadline: | March 30, 2009 |
| Discovery Deadline (expert): | May 8, 2009 |
| Non-Dispositive Pre-Trial Motion Filing Deadline: | May 22, 2009 |
| Dispositive Pre-Trial Motion Filing Deadline: | June 9, 2009 |
| Pre-Trial Conference Date: | August 17, 2009 |
| Trial Date: | October 26, 2009 |

3.      The September 3, 2008 Joint Stipulation and Order did not address the new date and time for a Mandatory Settlement Conference, and therefore on November 21, 2008, the parties filed a Joint Stipulation (Document 235) regarding rescheduling the Mandatory Settlement Conference, and on December 1, 2008, the Court entered an Order Regarding Settlement Conference (Document 236) rescheduling the Mandatory Settlement Conference for September 23, 2009.

4.      Ms. Allen and Defendants have engaged in some discovery, and Ms. Allen served subpoenas on Non-Party employees of the state of California on May 24, 2007 and June 7, 2007.  However a dispute arose regarding whether the Non-Parties are required to produce the documents, or whether the Eleventh Amendment immunizes the Non-Parties from having to respond to Ms. Allen's subpoenas.

5.      U.S. Magistrate Judge Gary S. Austin issued an order granting Plaintiff's motion to compel the Non-Parties to produce all responsive documents on February 20, 2008 (Document No. 221).  On April 3, 2008, this Court issued an order denying the Non-Parties' request for reconsideration of the magistrate judge's ruling compelling compliance with the subpoenas (Document No. 226).  On April 23, 2008, the Non-Parties filed a Notice of Appeal to the United States Court of Appeals for the Ninth Circuit (Document No. 228).

6.      The appeal is currently pending before the Ninth Circuit.  (Case No. 08-016118).  Ms. Allen contends that she cannot properly conduct discovery or prepare for trial until she knows whether she will receive the documents in issue.  Plaintiff further contends that any Defendants and defense witnesses deposed while the appeal is pending would have to be deposed again if this Court's order compelling production of the documents is affirmed and the documents are produced.  Defendants contend that if such documents are produced, Defendants are entitled to an opportunity to question witnesses regarding the content of such documents, and thus Defendants cannot complete discovery until it is known whether or not any documents will be produced by the Non-Parties.

7.      Therefore, in order to avoid unnecessary expense and duplicated effort, the parties stipulate and request that the current trial date and deadlines be vacated and new dates and deadlines be set as the following

| | |
|---|---|
| Discovery Deadline (non-expert): | June 26, 2009 |
| Expert Disclosure Deadline: | August 28, 2009 |
| Rebuttal or Supplemental Expert Disclosure Deadline: | September 21, 2009 |
| Discovery Deadline (expert): | October 23, 2009 |
| Non-Dispositive Pre-Trial Motion Filing Deadline: | November 12, 2009 |
| Dispositive Pre-Trial Motion Filing Deadline: | December 8, 2009 |
| Mandatory Settlement Conference: | January 13, 2010 |
| Pre-Trial Conference Date: | March 29, 2010 |
| Trial Date: | May 11, 2010 |

1 | **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

2 | DATED:  December 17, 2008          BINGHAM MCCUTCHEN LLP

3 |                                                   By: /s/ Sandra C. Zuniga
4 |                                                         John D. Pernick
     |                                                        Sandra C. Zuniga
5 |                                                   Attorneys for Plaintiff
     |                                                       BRENDA ALLEN

6 | DATED:  December 17, 2008          ATTORNEY GENERAL OF THE STATE OF
     |                                                   CALIFORNIA
7 |

8 |                                                   By: /s/  John M. Feser, Jr.
     |                                                      JOHN M. FESER, JR.
9 |                                                   Deputy Attorney General
     |                                        Attorneys for Defendants Jeanne Woodford;
10 |                                          Richard Rimmer; Roseanne Campbell;
     |                                          Gwendolyn Mitchell; Steven Brewer;
11 |                                                 Sampath Suryadevara, M.D.
     |                                                  and Juan Jose Tur, M.D.
12 |
     | DATED:  December 17, 2008          MCCORMICK, BARSTOW, SHEPPARD, WAYTE &
13 |                                                   CARRUTH

14 |
     |                                                   By: /s/ Daniel Wainwright
15 |                                                      Mario L. Beltramo, Jr.
     |                                                       Daniel Wainwright
16 |                                                   Attorneys for Defendant
     |                                          MADERA COMMUNITY HOSPITAL
17 |
     | DATED:  December 17, 2008          BAKER, MANOCK & JENSEN, PC
18 |

19 |                                                   By: /s/ Suzanne D. McGuire
     |                                                       William M. White
20 |                                                      Suzanne D. McGuire
     |                                                       Sherrie M. Flynn
21 |                                                   Attorneys for Defendant
     |                                             MUHAMMAD ANWAR, M.D.
22 |

23 |

24 |

25 |

26 |

27 |

28 |

JOINT STIPULATION AND ORDER TO VACATE DISCOVERY DEADLINES AND TRIAL DATE

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.  If the appeal is decided earlier, the trial date shall be advanced.**

DATED:  1/13/2009                                          /s/ OLIVER W. WANGER
                                                      The Honorable Oliver W. Wanger
                                                        United States District Court
                                                       Eastern District of California

DMS: 700763_1.doc

JOINT STIPULATION AND ORDER TO VACATE DISCOVERY DEADLINES AND TRIAL DATE