| | |
|---|---|
| 1 | Bingham McCutcheon LLP |
|   | JOHN PERNICK (SBN 155468) |
| 2 | john.pernick@bingham.com |
|   | ELIZABETH KENNEDY (SBN 246039) |
| 3 | bess.kennedy@bingham.com |
|   | SANDRA ZUNIGA (SBN 250881) |
| 4 | sandra.zuniga@bingham.com |
|   | KYLE ZIPES (SBN 251814) |
| 5 | kyle.zipes@bingham.com |
|   | Three Embarcadero Center |
| 6 | San Francisco, CA  94111-4067 |
|   | Telephone:  (415) 393-2000 |
| 7 | Facsimile:  (415) 393-2286 |
| 8 | Attorneys for Plaintiff |
|   | BRENDA ALLEN |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| BRENDA ALLEN, | No. 1:05-CV-01104-OWW-GSA |
| Plaintiff, | **JOINT STIPULATION AND REQUEST FOR DISMISSAL OF DEFENDANT MADERA COMMUNITY HOSPITAL; ORDER GRANTING REQUEST FOR DISMISSAL** |
| v. | |
| JEANNE WOODFORD, et al., | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and Eastern District of California Local Rule 16-160, Plaintiff Brenda Allen and Defendant Madera Community Hospital ("MCH"), individually and exclusively, in the above-captioned matter and through their counsel of record,

STIPULATE AND AGREE AS FOLLOWS:

/ / /

A/73056809.1                                                                                                    No. 1:05-CV-01104-OWW-GSA

JOINT STIPULATION AND REQUEST FOR DISMISSAL OF DEFENDANT MADERA COMMUNITY
HOSPITAL; [PROPOSED] ORDER GRANTING REQUEST FOR DISMISSAL

PDF created with pdfFactory trial version www.pdffactory.com

1.  One June 3, 2009, Plaintiff and MCH executed a mutually-beneficial settlement agreement, concluding many discussions, negotiations, offers and counter-offers between counsel for MCH and counsel for Plaintiff.

2.  Plaintiff's Attorney, who subscribes her name below, warrants to the Court that she is empowered to enter into this Dismissal upon behalf of Plaintiff.

3.  Therefore, in order to effectuate the parties' settlement agreement and resolve Plaintiff's claims against Defendant Madera Community Hospital, the parties stipulate and request that this Court dismiss with prejudice Defendant Madera Community Hospital, individually and as a Defendant in the above-referenced matter filed on August 25, 2005.

Respectfully submitted,

DATED:  June 10, 2009        Bingham McCutchen LLP


By:_____/s/ Sandra C. Zuniga_____
Sandra C. Zuniga
Attorney for Plaintiff
Brenda Allen


DATED:  June 5, 2009         MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH


By: /s/ Daniel Wainwright_____
Mario L. Beltramo, Jr.
Daniel Wainwright
Attorneys for Defendant
MADERA COMMUNITY HOSPITAL

**IT IS SO ORDERED.**

DATED: June 10, 2009_____


By:  __/s/ OLIVER W. WANGER_____
**United States District Judge**

PDF created with pdfFactory trial version www.pdffactory.com