Bingham McCutchen LLP
JOHN D. PERNICK (SBN 155468)
john.pernick@bingham.com
ELIZABETH KENNEDY (SBN 246039)
bess.kennedy@bingham.com
SANDRA C. ZUNIGA (SBN 250881)
sandra.zuniga@bingham.com
KYLE ZIPES (SBN 251814)
kyle.zipes@bingham.com

Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  415.393.2000
Facsimile:  415.393.2286

Attorneys for Plaintiff
BRENDA ALLEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| BRENDA ALLEN,<br><br>            Plaintiff,<br><br>     v.<br><br>JEANNE WOODFORD, et al.,<br><br>            Defendants. | No. 1:05-CV-01104-OWW-GSA<br><br>JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER |

Pursuant to the Local Rules of the United States District Court for the Eastern District of California, Rule 83-143, Plaintiff Brenda Allen, and Defendants Jeanne Woodford; Richard Rimmer; Roseanne Campbell; Gwendolyn Mitchell; Steven Brewer; Sampath Suryadevara, M.D.; Juan J. Tur, M.D.; Muhammed Anwar, M.D.; and Madera Community Hospital; ("Defendants"), through their counsel of record,

STIPULATE AND AGREE AS FOLLOWS:

1.  On January 14, 2009, the Court entered an Order (Document No. 238) setting forth the following deadlines in this matter:

Discovery Deadline (non-expert):                                              June 26, 2009

| | | |
|---|---|---|
| 1 | Expert Disclosure Deadline: | August 28, 2009 |
| 2 | Rebuttal or Supplemental Expert Disclosure Deadline: | September 21, 2009 |
| 3 | Discovery Deadline (expert): | October 23, 2009 |
| 4 | Non-Dispositive Pre-Trial Motion Filing Deadline: | November 12, 2009 |
| 5 | Dispositive Pre-Trial Motion Filing Deadline: | December 8, 2009 |
| 6 | Settlement Conference: | January 13, 2010 |
| 7 | Pre-Trial Conference Date: | March 29, 2010 |
| 8 | Trial Date: | May 11, 2010 |

9    2.    Ms. Allen and Defendants have engaged in some discovery, and Ms. Allen believes that potentially relevant documents are within the custody or control of employees of the state of California who are not parties to this litigation (the "Non-Parties"). Accordingly, Ms. Allen served subpoenas on these Non-Parties on May 24, 2007 and June 7, 2007. However a dispute arose regarding whether the Non-Parties are required to produce the relevant documents, or whether the Eleventh Amendment immunizes the Non-Parties from having to respond to Ms. Allen's subpoenas.

3.    U.S. Magistrate Judge Gary S. Austin issued an order granting Plaintiff's motion to compel the Non-Parties to produce all responsive documents on February 20, 2008 (Document No. 221). On April 3, 2008, this Court issued an order denying the Non-Parties' request for reconsideration of the magistrate judge's ruling compelling compliance with the subpoenas (Document No. 226). On April 23, 2008, the Non-Parties filed a Notice of Appeal to the United States Court of Appeals for the Ninth Circuit (Document No. 228).

4.    The appeal is currently pending before the Ninth Circuit. (Case No. 08-016118). Ms. Allen contends that she cannot properly conduct discovery or prepare for trial until she knows whether she will receive these relevant and responsive documents. Moreover, she also contends that any defendants and defense witnesses deposed while the appeal is pending would have to be deposed again if this Court's order compelling production of the documents is affirmed and the documents are produced.

PDF created with pdfFactory trial version www.pdffactory.com

1      5.      The parties have previously stipulated to reset the discovery and trial
2 deadlines to accommodate resolution of the Ninth Circuit appeal (Documents No. 234, 238).
3      6.      Therefore, in order to avoid unnecessary expense and duplicated effort, the
4 parties stipulate and request that the current expert and non-expert discovery deadlines be
5 extended by approximately three months and the new dates and deadlines be set as the following

| | |
|---|---|
| Discovery Deadline (non-expert): | September 25, 2009 |
| Expert Disclosure Deadline: | November 20, 2009 |
| Rebuttal or Supplemental Expert Disclosure Deadline: | December 21, 2009 |
| Discovery Deadline (expert): | January 22, 2010 |
| Non-Dispositive Pre-Trial Motion Filing Deadline: | February 12, 2009 |
| Dispositive Pre-Trial Motion Filing Deadline: | December 8, 2009 |
| Settlement Conference Date: | January 13, 2010 |
| Pre-Trial Conference Date: | March 29, 2010 |
| Trial Date: | May 11, 2010 |

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

DATED: June 5, 2009      BINGHAM MCCUTCHEN LLP


By: /s/ Sandra C. Zuniga
Sandra C. Zuniga
Attorneys for Plaintiff
BRENDA ALLEN

DATED: June 5, 2009

EDMUND G. BROWN JR.
Attorney General of the State of California
ALBERTO GONZALEZ
Supervising Deputy Attorney General


By: /s/ John M. Feser, Jr.

JOHN M. FESER, JR.
Deputy Attorney General
Attorneys for Defendants Jeanne Woodford, Richard Rimmer, Rosanne Campbell, Gwendolyn Mitchell, Sampath Suryadevara, M.D. and Juan Jose Tur, M.D.

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | DATED: June 5, 2009 | MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH |
| 2 | | |
| 3 | | By: /s/ Daniel Wainwright |
| 4 | | Mario L. Beltramo, Jr. |
| | | Daniel Wainwright |
| 5 | | Attorneys for Defendant |
| | | MADERA COMMUNITY HOSPITAL |
| 6 | DATED: June 5, 2009 | BAKER-MANOCK & JENSEN, PC |
| 7 | | |
| 8 | | By: /s/ Sherrie M. Flynn |
| | | William M. White |
| 9 | | Sherrie M. Flynn |
| | | Attorneys for Defendant |
| 10 | | MUHAMMAD ANWAR, M.D. |

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

DATED: _June 10, 2009            /s/ OLIVER W. WANGER
                                 The Honorable Oliver W. Wanger
                                 United States District Court
                                 Eastern District of California