BINGHAM MCCUTCHEN LLP
JOHN PERNICK (SBN 155468)
JOHN.PERNICK@BINGHAM.COM
ELIZABETH KENNEDY (SBN 246039)
BESS.KENNEDY@BINGHAM.COM
SANDRA ZUNIGA (SBN 250881)
SANDRA.ZUNIGA@BINGHAM.COM
KYLE ZIPES (SBN 251814)
KYLE.ZIPES@BINGHAM.COM
THREE EMBARCADERO CENTER
SAN FRANCISCO, CA 94111-4067
TELEPHONE: (415) 393-2000
FACSIMILE: (415) 393-2286
ATTORNEYS FOR PLAINTIFF BRENDA ALLEN

EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
ALBERTO L. GONZALEZ, State Bar No. 117605
Supervising Deputy Attorney General
JOHN M. FESER, JR., State Bar No. 209736
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 324-5118
  Fax:  (916) 322-8288
  E-mail:  John.Feser@doj.ca.gov

*Attorneys for Defendants Jeanne Woodford, Richard Rimmer, Rosanne Campbell, Gwendolyn Mitchell, Sampath Surydevara, M.D. and Juan Jose Tur, M.D.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **BRENDA ALLEN,** | 1:05-CV-01104-OWW-GSA |
| Plaintiff, | **ORDER GRANTING REQUEST FOR DISMISSAL** |
| v. | |
| **JEANNE WOODFORD, et al.,** | |
| Defendants. | |

1

1 | This Court dismisses with prejudice Defendants Jeanne Woodford, Richard Rimmer, Rosanne Campbell, Gwendolyn Mitchell, Sampath Suryadevara, M.D. and Juan Jose Tur, M.D., individually and as Defendants in the above-referenced matter pursuant to Federal Rule of Civil Procedure 41(a)(2) and Eastern District of California Local Rule 16-160.

**IT IS SO ORDERED:**

Dated:  7/28/2009

/s/ OLIVER W. WANGER
The Honorable Oliver W. Wanger
United States District Court Judge

SA2005104497
30821329.doc