Bingham McCutchen LLP
JOHN D. PERNICK (SBN 155468)
john.pernick@bingham.com
ELIZABETH KENNEDY (SBN 246039)
bess.kennedy@bingham.com
SANDRA C. ZUNIGA (SBN 250881)
sandra.zuniga@bingham.com
KYLE ZIPES (SBN 251814)
kyle.zipes@bingham.com

Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  415.393.2000
Facsimile:  415.393.2286

Attorneys for Plaintiff
BRENDA ALLEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| BRENDA ALLEN,<br><br>             Plaintiff,<br>     v.<br><br>JEANNE WOODFORD, et al,<br><br>             Defendants. | Case No. 1:05-CV-01104-OWW-GSA<br><br>**ORDER GRANTING PLAINTIFF ALLEN'S RULE 56(F) REQUEST FOR DENIAL OF DEFENDANT MUHAMMAD ANWAR'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:       August 17, 2009<br>Time:      10:00 A.M.<br>Place:     Courtroom 3<br>Judge:    Hon. Oliver W. Wanger |

On May 22, 2009, pursuant to Federal Rules of Civil Procedure 56, Defendant Muhammed Anwar filed a Motion for Summary Judgment.  On July 21, 2009, Plaintiff Brenda Allen filed a Rule 56(f) Request for Denial of Defendant's Motion for Summary Judgment, Or, In the Alternative, to Suspend Hearing on Defendant's Motion ("Plaintiff's Request").

Pursuant to Federal Rule of Civil Procedure 56(f), Plaintiff Allen's Motion for Denial of Defendant Anwar's Motion for Summary Judgment is GRANTED.

IT IS HEREBY ORDERED THAT:

1  • Defendant's Motion for Summary Judgment is DENIED without prejudice; and

2  • This case is STAYED until the 9th Circuit mandate is issued in the currently-pending

3     appeal (Case No. 08-0161118).

Dated:  August  21, 2009                     /s/ OLIVER W. WANGER
                                             The Hon. Oliver W. Wanger
                                             U.S. District Court Judge