William M. White #152214
Sherrie M. Flynn #240215

**BAKER, MANOCK & JENSEN**
A PROFESSIONAL CORPORATION
FIG GARDEN FINANCIAL CENTER
5260 NORTH PALM AVENUE, FOURTH FLOOR
FRESNO, CALIFORNIA 93704-2209
TELEPHONE (559) 432-5400
TELECOPIER (559) 432-5620

Attorneys for Defendant MUHAMMAD ANWAR, M.D.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA FRESNO DIVISION

| | |
|---|---|
| BRENDA ALLEN,<br><br>           Plaintiffs,<br><br>v.<br><br>JEANNE WOODFORD, et al,<br><br>           Defendants. | Case No. 1:05-CV-01104-OWW-GSA<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between Plaintiff BRENDA ALLEN and Defendant MUHAMMAD ANWAR, M.D. by and through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1). The parties hereto further stipulate that each party is to bear his or her own attorneys' fees and costs.

///
///
///
///
///
///
///

DATED: December 1, 2009.　　　　　　　　　　　BINGHAM MCCUTCHEN


By  /s/ John Pernick
John Pernick
Attorneys for Plaintiffs GENEA SCOTT,
REGINA BOYCE and JULIE HOLMES

DATED: December 15, 2009.　　　　　　　　　　BAKER, MANOCK & JENSEN


By  /s/ William M. White
William M. White
Attorneys for Defendant MUHAMMAD
ANWAR, M.D.

ORDER

IT IS SO ORDERED.

**Dated:　　March 17, 2010**　　　　　　　　/s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE